March 27, 2015

NO. 2011-CR-3288A-W1

Ex Parte

Charles Matthew Saenz

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 06 2015
Abel Acosta, Clerk

Applicant's Notice of Judge Mary Roman's Orders

Honorable Justices and Court,

On March 24, 2015 I, Charles Saenz, Applicant, received an order Designating Issues and an order on application For post conviction writ From the Honorable Judge Mary Roman of the 175th District Court, Bexar County Texas, Signed on March 4, 2015, Postmarked March 16, 2015, These orders address an application For a writ of habeas corpus Filed on February 23, 2015 addressing appellate inneffective assistance of council on direct appeal. Judge Roman ordered Michael Robbins, Former appellant council For applicant, to File with the court a written affidavit confirming or denying the allegations filed in the writ on or before April 23, 2015. IF copies of Judge Roman's orders were not sent to you please contact the Clerk of the 175th District Court, Bexar County Texas.

Sincerely,

Charles Saenz TDCJ NO. 1851165
Clements Unit
9601 Spur 591
Amarillo, Texas 79107